IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: NYSE SPECIALISTS SECURITIES LITIGATION | : : : | Master File No. 1:03-cv-08264-RWS<br>**ELECTRONICALLY FILED** |

# NOTICE OF CHANGE OF ADDRESS

PLEASE BE ADVISED that effective November 1, 2010, Barrack, Rodos & Bacine's

New York office has relocated to the following address:

**425 Park Avenue, Suite 3100<br>New York, NY  10022.**

The telephone and fax numbers remain the same.


Dated:  November 1, 2010                             **BARRACK, RODOS & BACINE**


                                                                     By:    /s/ RC-3858
                     Regina M. Calcaterra (RC-3858)
                     1350 Broadway, Suite 1001
                     New York, NY  10018
                     Telephone:  (212) 688-0782
                     Fax:  (212) 688-0783

                                               and

                     Daniel E. Bacine
                     M. Richard Komins
                     Jeffrey A. Barrack
                     **BARRACK, RODOS & BACINE**
                     3300 Two Commerce Square
                     2001 Market Street
                     Philadelphia, PA  19103
                     (215) 963-0600

                            **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I, Regina M. Calcaterra, a member of the bar of this Court, hereby certify that a true and correct copy of the foregoing Notice of Change of Address has been filed electronically and served on all counsel of record this 1st day of November, 2010.

David W. Mitchell
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101

Christopher Lovell
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY  10006

Curtis V. Trinko
Law Office of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY  10036

William J. Doyle, II
Milberg LLP
401 B Street, Suite 1600
San Diego, CA  92101

Matthew P. Siben
Bernstein Litowitz Berger & Grossman LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130

Stephen D. Oestreich
Entwistle & Cappucci LLP
280 Park Avenue, 26th Floor West
New York, NY  10017

Christopher J. Gray
Law Office of Christopher J. Gray, P.C.
460 Park Avenue, 21st Floor
New York, NY  10022

Marc S. Henzel
237 Montgomery Avenue
Bala Cynwyd, PA  19004

George A. Sirignano, III
Lawrence J. Portnoy
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Debra M. Torres
Fried, Frank, Harris, Shriver
   & Jacobson LLP
One New York Plaza
New York, NY  10004-1980

John M. Vassos
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0060

Jason R. Pickholz
Duane Morris, LLP
1540 Broadway
New York, NY  10036-4086

Katherine L. Pringle
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY  10019

Howard Schiffman
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC  20006-5403

| | |
|---|---|
| Andrew C. Curley<br>Wolf, Block, Schorr and Solis-Cohen, LLP<br>1650 Arch Street, 22nd Floor<br>Philadelphia, PA  19103 | Robert J. Guiffra, Jr.<br>Sullivan & Cromwell LLP<br>125 Broad Street, Suite 2516<br>New York, NY  10004-2498 |
| Deborah S. Burstein<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036 | Stephen A. Radin<br>Irwin H. Warren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153-0119 |
| M. Norman Goldberger<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103 | Robert W. Trenchard<br>Robert McCaw<br>Wilmer Cutler Pickering LLP<br>399 Park Avenue<br>New York, NY  10022 |
| E. Michael Bradley<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | |
| Steven E. Shiffman<br>Katten Muchin Rosenman, LLP<br>575 Madison Avenue<br>New York, NY  10022 | |

/s/
Regina M. Calcaterra