UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

In re NYSE SPECIALISTS SECURITIES : Master File No. 03-CV-8264 (RWS)
LITIGATION :
: CLASS ACTION
:
This Document Relates To: :
ALL ACTIONS. :
:
-----------------------------------------x

## STIPULATION OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys that, pursuant to Local Civil Rule 1.4, Allan H. Carlin, Esq. shall be substituted as attorney of record for plaintiffs Robert A. Martin and Empire Programs, Inc., in this action in place of Lovell Stewart Halebian Jacobson LLP. The instant application is accompanied by the declaration of Christopher Lovell, dated October 28, 2010.

Dated: New York, New York
       October 28, 2010

LOVELL STEWART HALEBIAN                     ALLAN H. CARLIN, ESQ.
JACOBSON LLP

By: _____                 By: _____
    Christopher Lovell                          Allan H. Carlin (AC 4685)
    clovell@lshllp.com                          allan.carlin@verizon.net
    61 Broadway, Ste. 501                       708 Third Avenue – 22nd Floor
    New York, New York 10006                    New York, New York 10022
    (212) 608-1900 (telephone)                  (212) 935-8300 (telephone)
    (212) 719-4677 (facsimile)                  (212) 593-8038 (facsimile)

*Withdrawing Attorneys for*                 *Incoming Attorney for*
*Robert A. Martin and*                      *Robert A. Martin and*
*Empire Programs, Inc.*                     *Empire Programs, Inc.*

IT IS SO ORDERED this \_\_\_\_ day of _____, 2010

_____
Judge Robert W. Sweet
United States District Judge      11·3·10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re NYSE SPECIALISTS SECURITIES   :   Master File No. 03-CV-8264 (RWS)
LITIGATION                          :
                                    :   CLASS ACTION
                                    :
This Document Relates To:           :
ALL ACTIONS.                        :
                                    :
------------------------------------- x

## DECLARATION OF CHRISTOPHER LOVELL

1. I, Christopher Lovell, am a member in good standing of the bar of the State of New York and of this Court, and am a partner at Lovell Stewart Halebian Jacobson LLP. I submit this declaration pursuant to Local Rule 1.4 in support of the application of Robert A. Martin and Empire Programs, Inc., plaintiffs in the above-captioned matter, to substitute Allan H. Carlin, Esq. as their attorneys of record in place of Lovell Stewart Halebian Jacobson LLP, their existing attorney of record.

2. This application is made on the ground that it is appropriate that Robert A. Martin and Empire Programs, Inc. change their attorneys to Allan H. Carlin, Esq. who is willing to become their counsel of record.

3. There are no motions pending before the Court at this time. The requested substitution will result in no prejudice to any party or in the delay to the case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       October 28, 2010

_____
Christopher Lovell