Sweet, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
)
)
)
)                                          Master File
IN RE NYSE SPECIALIST SECURITIES  )        No. 03-Civ.-8264 (RWS)
LITIGATION                        )
)
)
)
)
------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF ANNE K. SMALL AS COUNSEL OF RECORD AND [PROPOSED ORDER]

**PLEASE TAKE NOTICE** that Anne K. Small is hereby withdrawn as counsel of record in the above captioned-matter for defendants Spear, Leeds & Kellogg Specialists LLC; Spear, Leeds & Kellogg, L.P.; and Goldman Sachs. As of March 28, 2011 Ms. Small will no longer be employed by Wilmer Cutler Pickering Hale and Dorr LLP. Wilmer Cutler Pickering Hale and Dorr LLP will continue to act as counsel for the above-referenced defendants.

Dated: New York, New York
       March 25, 2011

So ordered
Sweet
USDJ
3.25.11

Respectfully submitted,

Anne K. Small
WILMER CUTLER PICKERING
  HALE & DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
anne.small@wilmerhale.com

*Attorneys for Defendants Spear, Leeds & Kellogg Specialists LLC; Spear, Leeds & Kellogg, L.P.; and Goldman Sachs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/11

SO ORDERED:

_____
Honorable Robert W. Sweet
United States District Judge