UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
)
)
)
IN RE NYSE SPECIALIST SECURITIES )
LITIGATION )
)
)
)
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/11

Master File
No. 03-Civ.-8264 (RWS)



### NOTICE OF WITHDRAWAL OF
### COUNSEL OF RECORD AND [PROPOSED ORDER]

**PLEASE TAKE NOTICE** that Paul A. Engelmayer of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws his appearance as counsel of record in the above captioned-matter for Defendants Spear, Leeds & Kellogg Specialists LLC, Spear, Leeds & Kellogg, L.P., and Goldman Sachs. As of September 1, 2011 Mr. Engelmayer will no longer be a member of Wilmer Cutler Pickering Hale and Dorr LLP. Defendants remain represented by Wilmer Cutler Pickering Hale and Dorr LLP.

Mr. Engelmayer is not asserting a retaining or charging lien.

Dated:  New York, New York
        August 17, 2011

Respectfully submitted,

*Paul A. Engelmayer*

Paul A. Engelmayer
WILMER CUTLER PICKERING
  HALE & DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
paul.engelmayer@wilmerhale.com

*Attorney for Defendants Spear, Leeds &
Kellogg Specialists LLC, Spear, Leeds &
Kellogg, L.P., and Goldman Sachs*

SO ORDERED:

_____
Honorable Robert W. Sweet
United States District Judge