UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
:
In re NYSE SPECIALISTS SECURITIES : Master File No. 03-CV-8264
LITIGATION : (RWS)
:
This Document Relates To: : [PROPOSED]
: FOURTH AMENDED JOINT
ALL ACTIONS : SCHEDULING ORDER
:
:
---------------------------------- x
ORDER

Sweet, D.J.,

    It is hereby ordered that the parties in the above captioned action will adhere to the following schedule, subject to any modifications as may be agreed between the parties or approved upon application to this Court:

1. **Merits Discovery**: Merits discovery shall conclude on February 17, 2012.

2. **Expert Reports**: Plaintiffs shall serve their expert reports 45 days after the close of merits discovery (April 2, 2012). The Specialist Defendants shall serve their expert reports 45 days later (May 17, 2012). Plaintiffs shall serve any rebuttal reports 30 days following the Specialist Defendants' expert report submissions (June 18, 2012). The Specialist Defendants reserve the right to move for leave of Court to file sur-rebuttal expert reports, and Plaintiffs reserve the right to oppose any such motion. In the event no sur-rebuttal reports are served, all expert discovery, including depositions, shall be completed within 45 days of the Plaintiffs' rebuttal report deadline (August 2, 2012).

RECEIVED OCT 1 1 2011 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-12-11

3. **Summary Judgment**: All motions for summary judgment shall be filed not later than September 17, 2012. The parties shall jointly file a proposed schedule detailing due dates for opposition and reply briefing on September 17, 2012.

4. **Expert Challenges**: Challenges to a party's experts or their submissions pursuant to <u>Daubert v. Merrell Dow. Pharm.</u>, 509 U.S. 579 (1993), may be made at the time of summary judgment opening briefs (September 17, 2012) without prejudice to the parties' right to file additional motions challenging experts prior to trial by a date to be agreed upon by the parties within 30 days of the Court's orders(s) regarding summary judgment.

5. **Depositions**: Plaintiffs and the Specialist Defendants shall each be entitled to 40 depositions, collectively, with no per-defendant or per-plaintiff limitations, but with all parties reserving the right to seek protective orders from the Court.

6. **Trial**: Within 30 days of the Court's order(s) regarding summary judgment, the parties will jointly file a proposed scheduling order regarding pre-trial and trial dates.

It is so ordered.

**New York, New York**

/s/ 10/11, 2011

_____
**ROBERT W. SWEET**
**United States District Judge**

2