UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

IN RE NYSE SPECIALISTS SECURITIES LITIGATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/12

03 Civ. 8264 (RWS)
O R D E R

------------------------------------------X

**Sweet, D.J.**

      Lead Plaintiff's motion for preliminary approval of class action settlement, dated October 25, 2012, will be heard at noon on Wednesday, November 28, 2012, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**November 5, 2011**

ROBERT W. SWEET
U.S.D.J.