UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re NYSE SPECIALISTS SECURITIES   : Master File No. 03-CV-8264 (RWS)
LITIGATION                                                  :
                                                                       : <u>CLASS ACTION</u>
---------------------------------------------------------  :
This Document Relates To:                          : SPECIALIST DEFENDANTS'
                                                                       : STATEMENTS OF NON-OPPOSITION TO
            ALL ACTIONS.                              : LEAD PLAINTIFF'S MOTION FOR
                                                                       : PRELIMINARY APPROVAL OF
                                                                       : SETTLEMENT
---------------------------------------------------------x

Defendants Bear Wagner Specialists LLC; Bear, Stearns & Co., Inc.; FleetBoston Financial Corp.; Fleet Specialist, Inc.; Bank of America Corp.; Quick & Reilly, Inc.; LaBranche & Co. Inc.; LaBranche & Co. LLC; George M. L. LaBranche, IV; Performance Specialist Group, LLC; Spear, Leeds & Kellogg Specialists LLC; Spear, Leeds & Kellogg, L.P.; Goldman, Sachs & Co.; The Goldman Sachs Group, Inc.; SIG Specialists, Inc. and Susquehanna International Group, LLP, (the "Settling Defendants" and such Defendants that were specialists on the New York Stock Exchange during the Class Period being the "Specialist Defendants"), each acting through its respective attorneys of record in the above-captioned matter, hereby state that they do not oppose Lead Plaintiff's Motion for Preliminary Approval of Settlement (the "Motion") filed with this Court on October 25, 2012. The Specialist Defendants hereby submit this statement in connection with the proposed settlement of this action solely to make clear that they neither adopt nor join in the factual or legal discussions included in the Motion and the supporting documents. Although the Specialist Defendants have entered into the settlement to resolve this litigation and therefore support its approval by the Court, they deny any wrongdoing or liability in all respects and reserve all rights to contest the facts and legal analyses set forth in the Motion and the supporting documents in the event that, for any reason, the settlement is not approved and litigation of the claims herein resumes.

DATED: \_\_Oct. 22\_\_, 2012

                        WILMER CUTLER PICKERING
                          HALE and DORR LLP
                        JEFFREY B. RUDMAN
                        ROBERT W. TRENCHARD

                        */s/ Jeffrey B. Rudman*
                        Jeffrey B. Rudman

60 State Street
Boston, MA 02109
Telephone: 617/526 6912
617/526 5000 (fax)

399 Park Avenue
New York, NY 10022
Telephone: 212/230-8800

Attorneys for Spear, Leeds & Kellogg Specialists LLC; Spear, Leads & Kellogg, L.P.; Goldman, Sachs & Co.; and The Goldman Sachs Group, Inc.

DATED: _____, 2012

                        DAVIS POLK & WARDWELL LLP
                        LAWRENCE PORTNOY
                        JAMES I. McCLAMMY

                        James I. McClammy

450 Lexington Avenue
New York, NY 10017
Telephone: 212/450-4000

Attorneys for FleetBoston Financial Corp.; Fleet Specialist, Inc.; Bank of America Corp.; and Quick & Reilly, Inc.

DATED: _____, 2012

        WILMER CUTLER PICKERING
          HALE and DORR LLP
        JEFFREY B. RUDMAN
        ROBERT W. TRENCHARD

        _____
               Jeffrey B. Rudman

60 State Street
Boston, MA 02109
Telephone: 617/526 6912
617/526 5000 (fax)

399 Park Avenue
New York, NY 10022
Telephone: 212/230-8800

Attorneys for Spear, Leeds & Kellogg Specialists LLC; Spear, Leads & Kellogg, L.P.; Goldman, Sachs & Co.; and The Goldman Sachs Group, Inc.

DATED: 10/22, 2012

        DAVIS POLK & WARDWELL LLP
        LAWRENCE PORTNOY
        JAMES I. McCLAMMY

        _____
               James I. McClammy

450 Lexington Avenue
New York, NY 10017
Telephone: 212/450-4000

Attorneys for FleetBoston Financial Corp.; Fleet Specialist, Inc.; Bank of America Corp.; and Quick & Reilly, Inc.

DATED: October 22, 2012                KING & SPALDING LLP
                                       RICHARD A. CIRILLO
                                       KAREN R. KOWALSKI

                                       _____
                                       Richard A. Cirillo

                                       1185 Avenue of the Americas
                                       New York, NY  10036-4003
                                       Telephone: 212/556-2100

                                       BALLARD SPAHR ANDREWS &
                                           INGERSOLL, LLP
                                       M. NORMAN GOLDBERGER
                                       1735 Market Street, 51st Floor
                                       Philadelphia, PA  19103-7599
                                       Telephone: 215/864-8820

                                       Attorneys for SIG Specialists, Inc. and
                                       Susquehanna International Group, LLP

DATED: _____, 2012                WEIL, GOTSHAL & MANGES LLP
                                       IRWIN H. WARREN
                                       STEPHEN A. RADIN
                                       JOSHUA S. AMSEL


                                       _____
                                       Stephen A. Radin

                                       767 Fifth Avenue
                                       New York, NY  10153-0119
                                       Telephone: 212/310-8000

                                       Attorneys for LaBranche & Co Inc. and
                                       LaBranche & Co. LLC

DATED: _____, 2012                MORGAN, LEWIS & BOCKIUS LLP
                                       JOHN M. VASSOS
                                       BRIAN HERMAN


                                       _____
                                       John M. Vassos

DATED: _____, 2012	KING & SPALDING LLP
	RICHARD A. CIRILLO
	KAREN R. KOWALSKI


	_____
	[ATTORNEY SIGNATURE]

	1185 Avenue of the Americas
	New York, NY  10036-4003
	Telephone:  212/556-2100

	BALLARD SPAHR ANDREWS &
	   INGERSOLL, LLP
	M. NORMAN GOLDBERGER
	1735 Market Street, 51st Floor
	Philadelphia, PA  19103-7599
	Telephone:  215/864-8820

	Attorneys for SIG Specialists, Inc. and
	Susquehanna International Group, LLP

DATED: *Oct 23*, 2012	WEIL, GOTSHAL & MANGES LLP
	IRWIN H. WARREN
	STEPHEN A. RADIN
	JOSHUA S. AMSEL


	_____
	Stephen A. Radin

	767 Fifth Avenue
	New York, NY  10153-0119
	Telephone:  212/310-8000

	Attorneys for LaBranche & Co Inc. and
	LaBranche & Co. LLC

DATED: _____, 2012	MORGAN, LEWIS & BOCKIUS LLP
	JOHN M. VASSOS
	BRIAN HERMAN


	_____
	[ATTORNEY SIGNATURE]

- 3 -

DATED: _____, 2012               KING & SPALDING LLP
                                            RICHARD A. CIRILLO
                                            KAREN R. KOWALSKI


                                            _____
                                                    [ATTORNEY SIGNATURE]

                                            1185 Avenue of the Americas
                                            New York, NY 10036-4003
                                            Telephone: 212/556-2100

                                            BALLARD SPAHR ANDREWS &
                                               INGERSOLL, LLP
                                            M. NORMAN GOLDBERGER
                                            1735 Market Street, 51st Floor
                                            Philadelphia, PA 19103-7599
                                            Telephone: 215/864-8820

                                            Attorneys for SIG Specialists, Inc. and
                                            Susquehanna International Group, LLP

DATED: _____, 2012               WEIL, GOTSHAL & MANGES LLP
                                            IRWIN H. WARREN
                                            STEPHEN A. RADIN
                                            JOSHUA S. AMSEL


                                            _____
                                                    Stephen A. Radin

                                            767 Fifth Avenue
                                            New York, NY 10153-0119
                                            Telephone: 212/310-8000

                                            Attorneys for LaBranche & Co Inc. and
                                            LaBranche & Co. LLC

DATED: *Oct. 23*, 2012                      MORGAN, LEWIS & BOCKIUS LLP
                                            JOHN M. VASSOS
                                            BRIAN HERMAN

                                            _____*/s/ J.M. Vassos/*_____
                                                    [ATTORNEY SIGNATURE]

|  |  |
|---|---|
|  | 101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: 212/309-6000 |
|  | Attorneys for Bear Wagner Specialists LLC and Bear, Stearns & Co., Inc. |
| DATED: Oct. 24, 2012 | SCHULTE ROTH & ZABEL LLP<br>HOWARD SCHIFFMAN |
|  | _____<br>HOWARD SCHIFFMAN |
|  | 1152 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: 202/729-7470 |
|  | SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: 212/756-2222 |
|  | Attorneys for Kellogg Specialist Group, LLC *f/k/a* Performance Specialist Group, LLC |
| DATED: _____, 2012 | EMMET, MARVIN & MARTIN, LLP<br>E. MICHAEL BRADLEY |
|  | _____<br>E. MICHAEL BRADLEY |
|  | 120 Broadway<br>New York, NY 10271<br>Telephone: 212/238-3000 |
|  | Attorneys for George M.L. LaBranche, IV |

- 4 -

|  |  |
|---|---|
|  | 101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: 212/309-6000 |
|  | Attorneys for Bear Wagner Specialists LLC and Bear, Stearns & Co., Inc. |
| DATED: _____, 2012 | SCHULTE ROTH & ZABEL LLP<br>HOWARD SCHIFFMAN<br>HARRY S. DAVIS |
|  | _____<br>[ATTORNEY SIGNATURE] |
|  | 1152 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: 202/729-7470 |
|  | SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: 212/756-2222 |
|  | Attorneys for Kellogg Specialist Group, LLC *f/k/a* Performance Specialist Group, LLC |
| DATED: October 25, 2012 | EMMET, MARVIN & MARTIN, LLP<br>E. MICHAEL BRADLEY |
|  | _/s/ Michael Bradley_____<br>E. MICHAEL BRADLEY |
|  | 120 Broadway<br>New York, NY 10271<br>Telephone: 212/238-3000 |
|  | Attorneys for George M.L. LaBranche, IV |