# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

David W. Mitchell
DavidM@rgrdlaw.com

November 13, 2012

VIA FACSIMILE 212/805-7925

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007-1312

    Re:   *In re NYSE Specialists Securities Litigation*,
           Master File No. 03-CIV-8264 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/12

Dear Judge Sweet:

    I write on behalf of Lead Plaintiff and with the consent of Defendants in the above-captioned matter, specifically with regard to Lead Plaintiff's October 25, 2012 filing of its Motion for Preliminary Approval of Class Action Settlement (Dkt No. Pending) and Defendants' November 8, 2012 Statements of Non-Opposition (Dkt No. 374) regarding same. Counsel for all Parties have conferred and respectfully request that the Court sign the Proposed Orders preliminarily approving the settlement and forego the November 28, 2012 Hearing date currently set. The Parties submit that Lead Plaintiffs' October 25, 2012 filing complies with the provisions set forth in Fed. R. Civ. P. 23(e)(1)-(5). The Parties further request that a Final Approval Hearing be set approximately ninety-five days after the Court preliminarily approves the settlement.

    We are at all times available to answer any questions the Court may have regarding the foregoing request.

                          Respectfully submitted,

                          DAVID W. MITCHELL

So ordered
Sweet
USDJ
11-19-12

DWM:sll

cc:   James I. McClammy (All via Electronic Mail Only)
        Defense Counsel

788132_1

655 West Broadway    Suite 1900    San Diego, CA 92101    Tel 619 231 1058    Fax 619 231 7423    www.rgrdlaw.com

