UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------

ORDER DESIGNATING CASE AN ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/12

Order

-------------------------------------
        IT IS HEREBY ORDERED that:
(1) the pending civil cases noted in the attachment to this Order are designated as cases to the Electronic Case Filing database (ECF);

(2) The Clerk of Court shall docket a copy of this Order in each case and designate the case as an ECF case.

    IT IS FURTHER ORDERED that,

    Counsel to any party who is not a registered user of this Court's ECF database is directed to register immediately and obtain a log in and password to this Court's ECF database.

    Attorneys appearing as counsel for plaintiff(s) or defendant(s) shall file their pleading(s) and other permitted papers using the ECF system.

DATE: 12/6/12

_____
Robert W. Sweet
U.S.D.J.

United States District Court
Southern District of New York

Pending NON ECF Cases

| Case Number | Case Title | Date Filed | Date Term | Judge |
|---|---|---|---|---|
| | **Judge Robert W. Sweet** | | | |
| 1:2003-cv-08264-RWS | In Re: NYSE Specialists Securities Litigation | 10/17/2003 | | RWS |
| 1:2010-cv-02940-RWS | Sikhs For Justice" et al v. Nath | 4/6/2010 | | RWS |