The motion of Cody R. LeJeune, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name: Cody R. LeJeune

Firm Name: Robbins Geller Rudman & Dowd LLP

Address: 655 West Broadway, Suite 1900

City/State/Zip: San Diego, CA 92101

Telephone/Fax: 619-231-1058/619-231-7423

E-mail: clejeune@rgrdlaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for California Public Employees' Retirement System in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.

Dated: 12/22/12

HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/28/12

- 1 -

798219_1