# Robbins Geller
# Rudman & Dowd LLP

Atlanta
Boca Raton
Chicago

Melville
New York
Philadelphia

San Diego
San Francisco
Washington, DC

RECEIVED
FEB 2013
SWEET CHAMBERS

David W. Mitchell
davidm@rgrdlaw.com

January 31, 2013

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007-1312

VIA FACSIMILE 212/805-7925

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/13

Re: *In re NYSE Specialists Securities Litigation*,
Master File No. 03-CV-8264 (RWS)

Dear Judge Sweet:

We represent the Lead Plaintiff in the above-captioned Action and write to request an extension of the schedule leading up to and including the Settlement Hearing, which is currently set for March 13, 2013 at 12:00 p.m. We are informed by the settlement administrator that the process of obtaining the trade information from clearing firms and brokers, which in turn allows Class Members to be identified and provided with Notice, has not proceeded as quickly as hoped. As the Court knows, the necessary information concerns trades that were made during the 1999-2003 time period, and tracing such trades to Class Members is a challenging process. Therefore, we request an approximately two month continuance of the Settlement Hearing. I have contacted your clerk and understand that the Court is available on May 22, 2013 at 12:00 p.m. We ask that the terms of the Court's Order filed on November 20, 2012 (Docket No. 381) remain except that new dates be set as follows: Lead Plaintiff shall filed its motion for final approval of the settlements and for payment of attorneys' fees and reimbursement of expenses by April 12, 2013; any Class Member who wishes to opt out shall do so by April 19, 2013; any Class Member who wishes to object shall do so by April 29, 2013; and briefs (if any) in opposition to an objection shall be filed by May 15, 2013. Upon approval of this new schedule by the Court, Lead Plaintiff will promptly disseminate an additional Publication Notice detailing these changes to the schedule.

Thank you for your consideration of the foregoing.

*So ordered*
*[signature] T USDJ*
*2-1-13*

Respectfully submitted,

DAVID W. MITCHELL

DWM:sll

cc: James McClammy, Esq.

810224_1

655 West Broadway    Suite 1900    San Diego, CA 92101    Tel 619 231 1058    Fax 619 231 7423    www.rgrdlaw.com

