UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re NYSE SPECIALISTS SECURITIES LITIGATION | : : : : | Master File No. 03-CV-8264(RWS)<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | : : : : : : : : | NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENTS AND PLAN OF ALLOCATION OF SETTLEMENTS' PROCEEDS, AND AWARD OF ATTORNEYS' FEES AND EXPENSES |

DATE FOR ARGUMENT:  May 22, 2013

PLEASE TAKE NOTICE that upon: (i) Lead Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Settlements and Plan of Allocation of Settlements' Proceeds; (ii) the declaration of David W. Mitchell affirmed on April 12, 2013; (iii) the Joint Declaration of Arthur C. Leahy and David W. Mitchell affirmed on April 12, 2013; (iv) the Declaration of the Honorable Daniel H. Weinstein affirmed on April 12, 2013; (v) the Stipulation of Settlement dated October 24, 2012 and the Exhibits annexed thereto; (vi) the Vander Moolen Settlement Agreement; (vii) Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses, and (viii) all other proceedings herein, Lead Plaintiff will move this Court, before the Honorable Robert W. Sweet, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on May 22, 2013, at 12:00 p.m., for entry of orders and judgments pursuant to Rule 23 of the Federal Rules of Civil Procedure (1) finally approving the settlements of the captioned litigation, (2)

831107_1

approving the Plan of Allocation of settlements' proceeds, and (3) awarding Lead Counsel attorneys' fees of $7,613,000 and expenses of $2,219.518.

DATED:  April 12, 2013

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DAVID W. MITCHELL
ALEXANDRA S. BERNAY
ERIC I. NIEHAUS
LUCAS F. OLTS
JULIE A. KEARNS

s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
davidm@rgrdlaw.com
xanb@rgrdlaw.com
ericn@rgrdlaw.com
loltz@rgrdlaw.com
jkearns@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

831107_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 12, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2013.

    s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: davidm@rgrdlaw.com

831107_1

# Mailing Information for a Case 1:03-cv-08264-RWS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Allan H. Carlin**
  allan.carlin@verizon.net

- **Cody R. Lejeune**
  clejeune@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`