UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| IN RE: NYSE SPECIALISTS SECURITIES LITIGATION | MASTER FILE No. 03 Civ. 8264 (RWS) |

This Document Relates to:   ALL ACTIONS
-------------------------------------------------------------------------x

**NOTICE OF MOTION, PETITION AND APPLICATION
BY LOVELL STEWART HALEBIAN JACOBSON LLP
FOR AN AWARD OF A REASONABLE ATTORNEYS' FEE**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the declaration of Victor E. Stewart, Esq., and the other documents, pleadings and matters of record herein, Lovell Stewart Halebian Jacobson LLP ("Lovell Stewart") will respectfully move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on May 22, 2013 at 12:00 p.m., or at another time set by the Court, for an order awarding a fair and reasonable attorneys' fee to Lovell Stewart.

Dated: New York, New York
       April 12, 2013

                                  Respectfully submitted,

                                  */s/ Christopher Lovell*
                                  Christopher Lovell
                                  Victor E. Stewart
                                  Ian T. Stoll
                                  **LOVELL STEWART HALEBIAN JACOBSON LLP**
                                  61 Broadway, Suite 501
                                  New York, New York 10006
                                  Telephone:   (212) 608-1900
                                  Facsimile:    (212) 719-4775